IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA JULIA NAVARRO : CIVIL ACTION
:
v. :
:
MICHAEL ASTRUE, :
: NO. 09-1788

## ORDER

AND NOW, this 19th day of April, 2010, upon consideration of Plaintiff's Motion in Support of Request for Review, the Defendant's Response thereto, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**. Objections overruled.

2. The relief requested in Plaintiff's Motion in Support of Request for Review is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

cc: MFA